IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN DAVID REEVES PETITIONER

V. CIVIL ACTION NO. 1:26-CV-00209-JDM-RP

FRANK CASWELL, et al. RESPONDENTS

ORDER

This matter comes before the Court on the *pro se* Petitioner's petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 and motion to proceed *in forma pauperis* ("IFP"). *See* Docs. 1, 2. The Court uses standard forms for the expeditious administration of habeas corpus petitions. While Petitioner attempted to use the Court's standard forms for petitions filed under § 2254, he did not submit a *complete* petition; instead, he merely submitted the first three pages followed by several handwritten pages. *See* Doc. 1.

Moreover, Petitioner's IFP application is incomplete. Under 28 U.S.C. § 1915(a)(2), the petitioner must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ." Petitioner, however, failed to submit a completed certified copy of his inmate account. *See* Doc. 2. Thus, his application does not comply with the statute's requirements.

As such, Petitioner is **DIRECTED** to complete and return the enclosed habeas corpus form and IFP application within twenty-one (21) days from the date of this Order. Petitioner is warned that his failure to comply with the requirements of this order may lead to the dismissal (without prejudice) of his petition for failure to prosecute and for failure to comply with an order of the Court.

**SO ORDERED**, this the 24th day of September, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE