IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHN DAVID REEVES PETITIONER

V. CIVIL ACTION NO. 1:26-CV-00209-JDM-RP

FRANK CASWELL, et al. RESPONDENTS

# ORDER

This matter comes before the Court on the "Emergency Motion for Reconsideration of Answer Deadline and Shorten Respondents Response Time" filed by the *pro se* Petitioner, John David Reeves. Doc. # 11. On October 2, 2026, the Court entered an Order requiring Respondents to respond to Reeves' federal habeas petition on or before December 16, 2026. *See* Doc. # 8. Shortly thereafter, on October 6, 2026, the Court entered an Order denying Reeves' first motion to expedite proceedings and shorten answer time. *See* Doc. # 10.

Reeves repeats the same general arguments in the instant motion as those raised in the initial motion. While Reeves clearly believes he is wrongly incarcerated and asserts various challenges to the underlying plea and resulting conviction, these assertions do not indicate the need for a more expedited answer period than any other habeas action pending before the Court. The Court is confident that the answer period previously set forth is sufficient to address Reeves' claims in a timely and appropriate manner. As such, the instant motion [11] for reconsideration of the answer deadline is **DENIED**.

**SO ORDERED**, this the 22nd day of October, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE